IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 09 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14 cr 140 DPJ-FKB

ALFRED THORNHILL

18 U.S.C. § 1365(b)
18 U.S.C. § 1028(a)(7)

**The Grand Jury charges:**

COUNT 1

On or about March 28, 2014, in Copiah County in the Northern Division of the Southern District of Mississippi, the defendant, **ALFRED THORNHILL**, with intent to cause serious injury to Martin Farms, did taint the container for milk, which product affects interstate commerce, by pouring acid into the milk tank.

All in violation of Sections 1365(b) and 2, Title 18, United States Code.

COUNTS 2-6

On or about the dates listed below, in Copiah County in the Northern Division of the Southern District of Mississippi, the defendant, **ALFRED THORNHILL**, knowingly used without lawful authority a means of identification of J.M., i.e., their name and bank account number, with the intent thereby to fraudulently obtain the money on deposit in their bank account.

| COUNT | DATE | CHECK NUMBER | AMOUNT | PAYEE |
|---|---|---|---|---|
| 2 | 4/7/2014 | 9794 | $43.84 | Receivable Solution Specialist, Inc. |
| 3 | 4/7/2014 | 9795 | $236.32 | Franklin Collection Service, Inc. |
| 4 | 4/7/2014 | 9797 | $666.00 | Tower Loan of Brookhaven |

| 5 | 4/7/2014 | 9798 | $65.00 | King's Daughters Medical Center |
| 6 | 4/8/2014 | 9799 | $675.00 | Tower Loan of Prentiss |

All in violation of Sections 1028(a)(7) and 2, Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 982(a)(2)(B) & 1028(b), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of December, 2014.

UNITED STATES MAGISTRATE JUDGE