CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Wesson__

COUNTY: __COPIAH__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # _3:14CR140DPJ-FKB_
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  _X_ NO

MATTER TO BE SEALED:  ___ YES  _X_ NO

NAME/ALIAS: __ALFRED THORNHILL__

[STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED DEC 09 2014 BY ARTHUR JOHNSTON DEPUTY]

**U.S. ATTORNEY INFORMATION:**

AUSA __J. SCOTT GILBERT__    BAR # __102123__

INTERPRETER: _X_ No  ___ Yes   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  _6_   ____ PETTY   ____ MISDEMEANOR   _6_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1365.F__ | 18 USC § 1365(b) | Intent to Cause Serious Injury to Business | 1 |
| Set 2 __18:1028.F__ | 18 USC § 1028(a)(7) | Unlawful transfer, possession, use of another means of identification with the intent to commit a felony | 2-6 |

Date: __11-20-14__    SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010